JS-6

FILED
CLERK, U.S. DISTRICT COURT

2/13/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: \_\_\_\_\_CW\_\_\_\_\_ DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

GREGORY A. LYONS,

    Petitioner,

    vs.

COUNTY OF LOS ANGELES, et al.,

    Respondents.

Case No. CV 14-0613-MWF (DTB)

**JUDGMENT**

    Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

    IT IS ADJUDGED that the action is dismissed without prejudice.

Dated: February 13, 2015

MICHAEL W. FITZGERALD
UNITED STATES DISTRICT JUDGE